# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  V.  **HEATHER LEBANION,**  Defendant. | CRIMINAL NO. 6:12-26-KKC-HAI-4  **ORDER** |

*** *** ***

This matter is before the Court on a recommended disposition in which Magistrate Judge Hanly Ingram makes certain recommendations regarding the defendant's admitted violations of the terms of her supervised release (DE 311). No party has filed objections to the recommendation, and the defendant has indicated that she does not object to Judge Ingram's recommendations. (DE 312). Further, the defendant has waived her right to appear before the district judge, to make a statement, and present mitigating information. (DE 312-1). Therefore,

IT IS ORDERED that Judge Ingram's Recommended Disposition (DE 311) is ADOPTED as and for the Opinion of the Court. The United States Probation Office SHALL prepare a judgment consistent with this Recommendation.

Dated July 26, 2021.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY